Examples of the image files are described as follows:

***Mar34017.jpg*** – this image depicts a pre-teen female, handcuffed, performing oral sex on an adult male. This image is from a known victim series. **WARNES** possess additional videos and images from this series, including an image of the pre-teen female, naked, with the words "slut," "cut me," and "hurt me," written on her body.

***1078684.jpg*** – this image depicts a seven- to eight-year-old boy in bondage, including leg and arm restraints, with his face blindfolded, and with a dildo being inserted into his rectal area. This image is from a known victim series.

**WARNES** downloaded the child pornography images and videos to his computer and hard drives using a means or facility of interstate commerce, that is, the internet, and knowingly possessed the images and videos. **WARNES** knew the sexually explicit nature of the images and videos on his on his computer and hard drives, and that the images and videos depicted actual minors engaged in sexually explicit conduct.

***

I have read this Statement of Facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I acknowledge that it is true and correct.

12-27-2017
Date

Erik John Warnes

I am Erik John Warnes' attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

12-27-2017
Date

Seth R. Okin, Esq.